NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAFAEL VASQUEZ,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2015-7001

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-2727, Judge William Greenberg.

---

**ON MOTION**

---

**O R D E R**

Upon review of Rafael Vasquez's motion to voluntarily withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) All pending motions are moot.

(3)  Each side shall bear its own costs.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s24

ISSUED AS A MANDATE: <u>11-13-14</u>